Clarence MAHURIN, Petitioner and Appellant, v. Ralph N. EIDSON, Warden, Missouri State Prison.

No. 14655.

United States Court of Appeals Eighth Circuit.

July 22, 1952.

Clarence Mahurin, pro se.

PER CURIAM.

Leave to proceed on appeal in forma pauperis denied and attempted appeal from District Court dismissed.

PRODUCE EXCHANGE BANK, Appellant, v. AMERICAN UNION INSURANCE COMPANY et al.

No. 14600.

United States Court of Appeals Eighth Circuit.

July 28, 1952.

Wm. Anderson Collet and James A. Moore, Kansas City, Mo., for appellant.

William S. Hogsett, Henry Depping and Hale Houts, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.